AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Francisco Rodriguez Medina<br><br>*Defendant(s)* | Case No. 3:24-mj-00241 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 28, 2024 in the county of Union in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:

See affidavit of DEA, Special Agent Teegan Hand, which is attached and incorportated fully by reference

☑ Continued on the attached sheet.

*Via telephone*
_____
Complainant's signature

Teegan Hand, DEA Special Agent
_____
Printed name and title

Sworn to before me via telephone.

Date: 10/30/2024 10:18 a.m.

*Stacie F. Beckerman*
_____
Judge's signature

City and state: Portland, Oregon     Hon. Stacie F. Beckerman, U.S. Magistrate Judge
_____
Printed name and title